**IN THE UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, for the use and benefit of PATTERSON PUMP COMPANY | * * * * | |
| Plaintiff | * | |
| VS. | * * | NO: 4:15CV00100   SWW |
| HARRY PEPPER AND ASSOCIATES, INC. and TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA | * * * * * | |
| Defendants | | |

## ORDER of DISMISSAL

Before the Court is the parties' stipulation of dismissal with prejudice [ECF No. 18], pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. The parties report that all disputes between the parties in this case have been settled.

IT IS THEREFORE ORDERED that this action is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED THIS 29th DAY OF JUNE, 2016.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE